UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAURETA GJONI, LUCELAINES CALDERON, YONEIBY LORENZO, ELBA MIRABAL, AUGUSTIN TUQI, TON TUQI, MERITA GASHI, MARIA GOMEZ, MAGBULE DEMO, SADETE BANA, and JUDYANN WILLIAMS,<br><br>                    *Plaintiffs*,<br><br>v.<br><br>TWITTER, INC., X CORP., and NEXGEN FACILITIES GROUP, LLC,<br><br>                    *Defendants*. | NOTICE OF APPEARANCE<br><br>Civ. No. 23-cv-4465 |

To:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiffs.

Dated:   Brooklyn, New York
         June 20, 2023

Patricia Kakalec
Kakalec Law PLLC
195 Montague Street, 14th Floor
Brooklyn, NY 11201
(212) 705-8730
Patricia@KakalecLaw.com