UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAURETA GJONI, *et al.*, <br><br>                       *Plaintiffs*, <br><br> v. <br><br> TWITTER, INC., *et al.*, <br><br>                       *Defendants*. | Civ. No. 23-cv-4465 (PAE) |

**STIPULATION OF VOLUNTARY DISMISSAL UNDER F.R.C.P. 41(a)(1)(A)(ii)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED AND AGREED that the claims of plaintiff Judyann Williams against the defendants are hereby dismissed.

Kakalec Law PLLC

By: _____  Dated: 1/5/24
Hugh Baran, Esq.                          New York, NY
80 Broad Street, Suite 703
New York, NY 10004
(212) 705-8730
hugh@kakaleclaw.com

*Counsel for Plaintiffs*

Morgan, Lewis & Bockius LLP

By: _____  Dated: 1/10/24
Eric Meckley, Esq.                        San Francisco
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1000
eric.meckley@morganlewis.com

*Counsel for Defendants Twitter, Inc. and X Corp.*

Jackson Lewis P.C.

By: _____  Dated: 1/10/24
Jason Levin, Esq.                         New York, NY
666 Third Avenue, 29th Floor
New York, NY 10017
(212) 545-4067
jason.levin@jacksonlewis.com

*Counsel for Defendant NeXgen Facilities Group, LLC*