
**KAKALEC**
**LAW**

Hugh Baran (he/him)
Hugh@KakalecLaw.com

July 17, 2024

**Via ECF**
Hon. Paul A. Engelmayer, U.S.D.J.
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, New York, NY 10007

Re:    *Laureta Gjoni, et al. v. Twitter, Inc., et al.*, No. 23-cv-4465 (PAE)

Dear Judge Engelmayer,

My office represents the Plaintiffs in the above-referenced matter. We submit this letter jointly with counsel for all Defendants to advise the Court that the parties have recently executed a settlement agreement that will resolve this matter in its entirety. Defendants are in the process of making the payments required under the agreement. Once Plaintiffs have confirmed receipt of all payments, the parties will file a stipulated dismissal with prejudice pursuant to Rule 41 executed by all counsel.

The Parties anticipate being able to file the dismissal by the end of this week, and therefore respectfully request that the Court adjourn the case management conference currently scheduled for this Friday, July 19, 2024 *sine die*, to allow the Parties time to finalize the settlement processing and file the stipulation of dismissal.

We thank the Court for its attention to this matter.

Respectfully submitted,

GRANTED.  In light of the parties' agreement to settle this matter, the Court today will issue an order closing the case but giving the parties 30 days to move to reopen it.

Hugh Baran
Counsel for Plaintiffs

SO ORDERED.

Dated: July 18, 2024

PAUL A. ENGELMAYER
United States District Judge

Kakalec Law PLLC
80 Broad Street, Suite 703, New York NY 100004
(212) 705-8730; (646) 759-1587 (fax)
www.KakalecLaw.com